In the Matter of the Petition of PORTLAND ELECTRIC POWER COMPANY, a Corporation, Debtor.

L. C. WHITE, Helen M. White, et al., Designated Herein as First Preferred Stockholders, Appellants, v. PORTLAND ELECTRIC POWER COMPANY, a Corporation, Debtor, Thomas W. Delzell and R. L. Clark, Independent Trustees, Prior Preference Stockholders Committee, Guaranty Trust Company of New York and Securities and Exchange Commission, Appellees.

No. 11574.

Circuit Court of Appeals, Ninth Circuit.
June 17, 1947.

Justin N. Reinhardt, of Portland, Or., for appellants.

Ralph H. King and Grant T. Anderson, both of Portland, Or., for appellees Delzell and Clark.

MacCormac Snow, H. B. Beckett, and R. K. Powell, all of Portland, Or., for appellee Prior Preference Stockholders.

Roger S. Foster, Sol., Robert S. Rubin, Associate Sol., Harry G. Slater, Chief Counsel, Public Utilities Div., Harlow B. Lester, and Alexander Cohen, all of Philadelphia, Pa., and W. Stevens Tucker, of

San Francisco, Cal., for appellee Securities and Exchange Commission.

Clarence D. Phillips, of Portland, Or., for appellee Portland Electric Power Co.

Hart, Spencer, McCulloch & Rockwood, of Portland, Or., for appellee Guaranty Trust Co.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

GARRECHT, Circuit Judge.

The parties have stipulated that the appeal in 162 F.2d 618, decided this day, shall be "determinative" in the appeal in the instant case.

Accordingly, the order is affirmed.